Cleveland Bar Association v. Wishnosky.

[Cite as Cleveland Bar Assn. v. Wishnosky (2000), 88 Ohio St.3d 385.]

(No. 99–1921—Submitted January 12, 2000—Decided April 12, 2000.)

*David M. Levine*, for relator.

*Mary L. Cibella*, for respondent.

---

***Per Curiam.*** We adopt the findings, conclusion, and recommendation of the board. Respondent is hereby publicly reprimanded. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.